UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - X
                                    :
UNITED STATES OF AMERICA            :   INDICTMENT
                                    :
            - v. -                  :   21 Cr.
                                    :
RICHARD HALL,                       :
a/k/a "Richard Banko,"              :
                                    :
            Defendant.              :   **21 CRIM 643**
                                    :
- - - - - - - - - - - - - - - - - - X

## COUNT ONE

### (Firearms Trafficking)

The Grand Jury charges:

1.   From at least in or about January 2020 up to and including at least in or about February 2020, in the Southern District of New York and elsewhere, RICHARD HALL, a/k/a "Richard Banko," the defendant, not being a licensed importer, licensed manufacturer, or licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully and knowingly engage in the business of dealing in firearms and in the course of such business would and did ship, transport, and receive firearms in interstate and foreign commerce, and travel interstate, to wit, HALL illegally obtained firearms from outside of New York for resale in the Bronx, New York.

(Title 18, United States Code, Sections 922(a)(1)(A),
924(a)(1)(D), and 2.)

**FORFEITURE ALLEGATION**

2.    As a result of committing the offense alleged in Count One of this Indictment, RICHARD HALL, a/k/a "Richard Banko," the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any and all firearms involved in or used in said offense, including but not limited to:

a.    a Diamondback Arms .380 caliber pistol with serial number ZE9588;

b.    a Sig Sauer .40 caliber pistol with serial number 47A037926;

c.    a Ruger .380 caliber pistol with serial number 380193639;

d.    a Taurus 9mm caliber pistol with serial number TMB29335; and

e.    a Harrington and Richardson .32 caliber pistol with serial number AM44210.

**Substitute Assets Provision**

3.    If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

a.    cannot be located upon the exercise of due diligence;

2

b.    has been transferred or sold to, or deposited with, a third person;

c.    has been placed beyond the jurisdiction of the Court;

d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 924;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

_____
FOREPERSON

_____
DAMIAN WILLIAMS
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

v.

**RICHARD HALL,**
**a/k/a "Richard Banko,"**

**Defendant.**

---

**INDICTMENT**

21 Cr.

(18 U.S.C. §§ 922(a)(1)(A),
924(a)(1)(D), and 2.)

DAMIAN WILLIAMS
United States Attorney

_Foreperson_

TRUE BILL, INDICTMENT, 10/19/2021
MJ- RWL

Wheel "A" -JJ-